UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

In Re:                                            Case No 14-03598-MAM
Kecia M Hicks                              Chapter 13

                Debtor

**ORDER DISALLOWING CLAIM NO 4**
**(TRUSTEE'S CLAIM NO 7)**
OF **United Consumer Financial SRV**

**THIS MATTER**, having come before the Court, the Debtor's Objection to Claim No. 4 (Trustee's Claim No 7) of **United Consumer Financial SRV**, and based upon the pleadings and arguments of counsel, it is:

**ORDERED** that Claim No 4 (Trustee's Claim No 7) of **United Consumer Financial SRV** is hereby **DISALLOWED as secured .**

Dated:   March 10, 2015

                                                      _/s/ Margaret A. Mahoney_
                                                       MARGARET A. MAHONEY
                                                       U.S. BANKRUPTCY JUDGE